IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01238-CMA-MJW

MALINA V. LAZAROV,

Plaintiff(s),

v.

JAMES KIMMEL, et al.,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Unopposed Motion for Enlargement of Time to File Both a More Definite Statement and Amended Complaint **(Docket No. 11)**, which the court notes is not unopposed (see Docket No. 12), is **granted** to the extent that the plaintiff shall have up to and including **July 7, 2010**, to file an amended complaint which comports with Judge Arguello's Order of June 8, 2010 (Docket No. 9), using the complaint form for *pro se* plaintiffs that is available in the Clerk's Office. **No further extensions will be granted.** The court notes that the plaintiff was not directed by Judge Arguello to also file a separate "more definite statement." Instead, Judge Arguello instructed plaintiff to file an amended complaint that comports with her Order (Docket No. 9).

Date: June 29, 2010