IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01238-CMA-MJW

MALINA V. LAZAROV,

Plaintiff,

v.

JAMES KIMMEL,
SUZANNE STAIERT,
JOHN JONES, and
TRENT COOPER,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the defendants' Motion to Strike Plaintiff's "Motion for a Second Enlargement of Time" Pursuant to Fed. R. Civ. P. 11(b)(1) and 12(f) (Docket No. 28) is granted to the extent that paragraph 3 of the plaintiff's Motion for a Second Enlargement of Time to Respond to Defendants' Combined Motion to Dismiss Plaintiff's Amended Complaint (Docket No. 25) is stricken.

It is further **ORDERED** that the plaintiff's Motion for a Second Enlargement of Time to Respond to Defendants' Combined Motion to Dismiss Plaintiff's Amended Complaint (Docket No. 25) is granted. Plaintiff's response (Docket No. 31) was thus timely filed.

Date: September 1, 2010