IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01238-CMA-MJW

MALINA V. LAZAROV,

Plaintiff,

v.

JAMES KIMMEL,
SUZANNE STAIERT,
JOHN JONES, and
TRENT COOPER,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the plaintiff's Motion for Permission to Reply to Defendants' reply in Support of Their Combined Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed.R. Civ.P. 12(b)(6) **(Docket No. 38)**, as supplemented (Docket No. 40), is **denied**.

Date: September 14, 2010