IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01238-CMA-MJW

MALINA V. LAZAROV,

Plaintiff,

v.

JAMES KIMMEL,
SUZANNE STAIERT,
JOHN JONES, and
TRENT COOPER,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the plaintiff's Request for Leave to Counterclaim to Defendants' Reply in Support of Their Combined Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed.R.Civ.P. 12(B)(6) **(Docket No. 42)** is **denied**. This court has already denied the plaintiff's Motion for Permission to Reply to Defendants' Reply in Support of Their Combined Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed.R. Civ.P. 12(b)(6) (Docket No. 38), as supplemented (Docket No. 40). (See Docket No. 41, Minute Order of September 14, 2010). It is further

**ORDERED** that the plaintiff's Motion to Dismiss Defendants' Reply in Support of Their Combined Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed.R.Civ.P. 12(B)(6) (Docket No. 44), which this court has construed as a motion to strike defendants' reply, is **denied**, finding no good cause shown.

Date: September 30, 2010