IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 10-cv-01238-CMA-MJW

MALINA V. LAZAROV,

    Plaintiff,

v.

JAMES KIMMEL;
SUZANNE STAIERT;
JOHN JONES;
TRENT COOPER,

    Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY

( Docket No 53 )

This matter comes before the Court on Defendants' Motion to Stay Discovery pending resolution of Defendants' Combined Motion to Dismiss Plaintiff's Amended Complaint and Brief in Support based on, in relevant part, absolute and qualified immunity.

Having reviewed the Motion, Reply and any Response thereto and being fully advised, the Court hereby finds and concludes:

Defendants' Motion is GRANTED. All pending or future discovery in this case is stayed until after the Court rules upon Defendants' Combined Motion to Dismiss Plaintiff's Amended Complaint and Brief in Support.

Done this 1ST day of November, 2010.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2