IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01238-CMA-MJW

MALINA V.  LAZAROV,

Plaintiff,

v.

JAMES KIMMEL,
SUZANNE STAIERT,
JOHN JONES,   and
TRENT COOPER,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the defendants' Motion to Strike Plaintiff's "Responsive Pleading to this Court's Order Denying Her Motion to Dimiss Defendants' Reply in Support of Their Combined Motion to Dismiss Plaintiff's Amended Complaint" Pursuant to Court Order and D.C.COLO.LCivR 7.1 **(Docket No. 56)** is **granted**. **Accordingly, Docket No. 49 is stricken.**  This court has already denied the plaintiff's Motion for Permission to Reply to Defendants' Reply in Support of Their Combined Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed.R. Civ.P. 12(b)(6) (Docket No. 38), as supplemented (Docket No. 40) (see Docket No. 41, Minute Order of September 14, 2010), as well as plaintiff's Request for Leave to Counterclaim to Defendants' Reply in Support of Their Combined Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed.R.Civ.P. 12(B)(6) (Docket No. 42) (see Docket No. 46, Minute Order of September 30, 2010).  Docket No. 49 appears to be yet another attempt to file a sur-reply.

It is further **ORDERED** that the defendants' Motion to Strike Plaintiff's "Amendment to Pleadings" Pursuant to Fed. R. Civ. P. 12(f), Cort Orders and D.C.COLO..LCiv.R. 7.1 **(Docket No. 57)** is **granted**.  Plaintiff failed to obtain written consent of the defendants or to seek leave of court to file amendments to her pleading. See Fed. R. Civ. P. 15(a)(2).  **Accordingly, Docket No. 52 is stricken.**

Date: November 5, 2010