IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 10-cv-01238-CMA-MJW

MALINA V. LAZAROV,

    Plaintiff,

v.

JAMES KIMMEL;
SUZANNE STAIERT;
JOHN JONES;
TRENT COOPER,

    Defendants.

---

### ORDER GRANTING DEFENDANTS' MOTION TO VACATE SETTLEMENT CONFERENCE SCHEDULED FOR NOVEMBER 18, 2010 BEFORE MAGISTRATE JUDGE WATANABE
(Docket No. 61)

---

This matter comes before the Court upon the Motion to Vacate Settlement Conference Scheduled for November 18, 2010 before Magistrate Judge Watanabe filed by Defendants James Kimmel, Suzanne Staiert, John Jones, and Trent Cooper. The Court, having reviewed the Motion and being fully advised, hereby GRANTS the Motion and ORDERS that the Settlement Conference is vacated.

DATED this 15th day of November, 2010.

BY THE COURT:

_____
United States District Judge