IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01238-CMA-MJW

MALINA V. LAZAROV,

Plaintiff(s),

v.

JAMES KIMMEL,
SUZANNE STAIERT,
JOHN JONES, and
TRENT COOPER,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Plaintiff's Motion for Leave to Amend Pleadings Pursuant to Fed. R. Civ. P. 15(a)(2) Fed. R. Civ. P. 16(b)(4) and D.C.COLO.LCivR 16.1(docket no. 65) is DENIED for all of those reasons as outlined under paragraph **"II Argument"** in Defendants' Response (docket no. 72) which this court incorporates by reference as the basis for denial of the subject motion (docket no. 65).

Date: December 17, 2010