IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01238-CMA-MJW

MALINA V.  LAZAROV,

Plaintiff(s),

v.

JAMES KIMMEL,
SUZANNE STAIERT,
JOHN JONES,   and
TRENT COOPER,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion to Dismiss Defendants' Response in Opposition to Plaintiff's Motion for Leave to Amend Pleadings Pursuant to Fed. R. Civ. P. 15(a)(2), Fed. R. Civ. P. 16(b)(4) and D.C.COLO.LCivR 16.1 (Docket No. 83), which this court has construed as a motion to strike, is DENIED.

Date:  December 29, 2010